No. 5781.—Pueblo ex rel Sosa, apldo., *v.* Migenes, aplte.—C. D. San Juan. ▮▮▮▮▮▮▮▮▮▮ Abril 26, 1932.

Siendo enteramente iguales las cuestiones envueltas en este recurso a las del No. 5780 (*Pueblo Ex Rel Sosa* v. *García,* 43 D.P.R. 403), por los motivos consignados en la opinión emitida en el dicho recurso No. 5780, *se confirma* la sentencia recurrida que dictó la Corte de Distrito de San Juan con fecha 1º. de abril de 1931, en el caso arriba titulado.

No. 4621.—Pérez Casalduc, et al., apldos., *v.* Díaz Mediavilla y su esposa, et al., apltes.—C. D. Arecibo.—▮▮▮▮▮▮▮▮▮▮ Abril 22, 1932.

Habiendo sido revocada en diciembre 17, 1931, por la Corte de Circuito de Apelaciones de los Estados Unidos para el Primer Circuito, la sentencia de este Tribunal de julio 18, 1930, confirmatoria de la que dictó la Corte de Distrito de Arecibo en febrero 18, 1928, por los fundamentos de la opinión emitida por la expresada corte de circuito, *se revoca* la sentencia apelada y se *desestima* la demanda, debiendo enviar el Secretario-Repórter a la Corte de Distrito de Arecibo una copia certificada del mandato remitido por la Corte de Circuito antes mencionada a fin de que la corte inferior expida mandamiento de ejecución por el importe de las costas concedidas a la parte demandada-apelante, cuya cuantía consta en el mandato.